STATE OF NEW JERSEY v. JOHN DAVIS.

September 30, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. C.F. BONNEY, JR.

September 30, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED WALKER.

September 30, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE GUZMAN.

September 30, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN RUSSELL.

September 30, 1986.

Petition for certification denied.